UNITED STATES COURT OF INTERNATIONAL TRADE              FORM 3

| | |
|---|---|
| MTD Products Inc,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>United States,<br><br>　　　　　　　Defendant. | **S U M M O N S** |

**TO:**　The Attorney General of the United States and the U.S. International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



　　　　　　　　　　　　　　　　　　　　**/s/ Maria Toscano**
　　　　　　　　　　　　　　　　　　　　Clerk of the Court

---

1.　Name and Standing of Plaintiff

The name of the Plaintiff is MTD Products Inc ("MTD").  MTD is a U.S. importer of merchandise (specifically, certain small vertical shaft engines between 99cc and up to 225cc and parts thereof from the People's Republic of China) subject to the determination being challenged in this action.  Therefore, Plaintiff MTD is an "interested party" within the meaning of 19 U.S.C. §§ 1677(9)(A) and 1516a(f)(3), and 28 U.S.C. § 2631(k)(1).  Plaintiff MTD also fully participated in the underlying administrative proceeding that led to the determination being challenged.  Accordingly, Plaintiff is a "party to the proceeding" and has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2.　Brief Description of Contested Determination

Plaintiff MTD contests the final affirmative determination of critical circumstances by the International Trade Commission (the "Commission") under 19 U.S.C. §§ 1671d and 1673d as implemented in the antidumping duty and countervailing duty orders on certain

small vertical shaft engines from the People's Republic of China (case nos. A-570-124/C-570-125; 701-TA-643/731-TA-1493) covering shipments of subject merchandise during the time period July 23, 2020 through October 20, 2020 (A-570-124) and May 26, 2020 through August 23, 2020 (C-570-125). *See Certain Vertical Shaft Engines Between 99cc and Up to 225cc, and Parts Thereof From the People's Republic of China: Antidumping and Countervailing Duty Orders*, 86 Fed. Reg. 23675 (May 4, 2021) (the "Orders").

3. <u>Date of Determination</u>

   The Commission's determination of affirmative critical circumstances was made on April 30, 2021 and reflected in the Orders published on May 4, 2021. *See* 86 Fed. Reg. 22975 (Apr. 30, 2021); *see also* 86 Fed. Reg. 23675 (May 4, 2021). Plaintiff timely files this summons within thirty (30) days of the antidumping and countervailing duty order based on the final affirmative determination by the Commission under 19 U.S.C. §§ 1671d and 1673d. *See* 19 U.S.C. § 1516a(a)(2)(A)(i)(II).

4. <u>If applicable, date of publication in Federal Register of notice of contested determination</u>

   The above-referenced Orders were published in the Federal Register on May 4, 2021. *See* 86 Fed. Reg. 23675 (May 4, 2021).

 

Alexander Schaefer, Esq.

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel: (202) 624-2500
Email: <u>ASchaefer@Crowell.com</u>

<u>Counsel for MTD Products Inc</u>

*/s/ Alexander Schaefer*
_____
Signature of Plaintiff's Attorney

May 27, 2021
_____
Date

# SERVICE OF SUMMONS BY THE CLERK

This is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, as amended (19 U.S.C. § 1516a(a)(2)). Pursuant to Rule 3(a)(2), this action is commenced by filing a summons only. Pursuant to Rules 4(a)(1) and (4), the Clerk of the Court is requested to make service of the summons on each of the following named defendants:

**UPON THE UNITED STATES:**
Attorney-in-Charge
**International Trade Field Office**
National Courts Section
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza, Room 346
New York, NY 10278

Jeanne Davidson, Director
Attorney-in-Charge
Civil Division
**Commercial Litigation Branch**
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

**UPON THE UNITED STATES**
**INTERNATIONAL TRADE COMMISSION:**
Lisa R. Barton
Secretary to the Commission
**U.S. International Trade Commission**
500 E Street SW
Washington, DC 20436

**UPON THE UNITED STATES DEPARTMENT**
**OF COMMERCE:**
Michelle O. McClelland
Assistant General Counsel for Administration
and Transaction, performing the non-exclusive
duties of the General Counsel
**U.S. Department of Commerce**
Mail Stop 5875 HCHB

14th and Constitution Avenue,
Washington DC 20230

Robert Heilferty
Chief Counsel for Enforcement and Compliance
Office of the Chief Counsel for Trade
Enforcement and Compliance
**International Trade Administration**
**U.S. Department of Commerce**
1401 Constitution Avenue, NW
Washington, DC 20230