## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MTD PRODUCTS, INC., <br>    Plaintiff, <br>v. <br>UNITED STATES, <br>    Defendant. | Ct. No. 21-00264 <br><br> Before: M. Miller Baker, Judge |

### ORDER

This matter was assigned to these chambers on June 23, 2021 (ECF 13). It is hereby **ORDERED** that all future filings on this docket shall comply with the requirements applicable to these chambers set forth on the Court's website.[1] It is further **ORDERED** that preparation of the joint appendix will be governed by the chambers-specific instructions also set forth on the Court's website.[2] The Court urges all counsel to review the joint appendix instructions as soon as possible because they impose requirements the parties must consider prior to filing the joint status report and proposed briefing schedule.

Dated:    June 23, 2021                        /s/ *M. Miller Baker*
               New York, New York          M. Miller Baker, Judge

---

[1] https://www.cit.uscourts.gov/sites/cit/files/Document%20Formatting%20in%20Cases%20Assigned%20to%20Judge%20Baker.pdf.

[2] https://www.cit.uscourts.gov/sites/cit/files/Joint%20Appendix%20Preparation%20in%20Cases%20Assigned%20to%20Judge%20Baker.pdf.